UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MORGAN LEE BEADLE, <br><br> Plaintiff, <br><br> v. <br><br> DAVID SMOLICH, <br><br> Defendant. | CASE NO. 2:22-CV-515-JCC-DWC <br><br> ORDER DENYING MOTION FOR SANCTIONS |

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. Presently before the Court is Plaintiff's Motion for Sanctions, styled by Plaintiff as "Motion for Defendant Committing Purjury [sic]." Dkt. 21. Plaintiff states he is bringing the motion on the grounds that "the defendant is committing purjury [sic]." *Id*. at 1. In support, Plaintiff attaches an Affidavit that states only, "David Smolich is a habitual liar." *Id*. at 3.

Plaintiff's conclusory statement in his Affidavit fails to provide any facts supporting the grounds for the Motion. Further, Plaintiff cites to no legal authority for his Motion.

ORDER DENYING MOTION FOR SANCTIONS - 1

1 | Thus, the Court denies Plaintiff's Motion.

2 | Dated this 28th day of September, 2022.

*[signature]*

David W. Christel
United States Magistrate Judge

ORDER DENYING MOTION FOR SANCTIONS - 2