UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MORGAN LEE BEADLE,

           Plaintiff,

v.

DAVID SMOLICH,

           Defendant.

CASE NO. 2:22-CV-515-JCC-DWC

ORDER GRANTING MOTION FOR CASE RECORD

      The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Currently pending before the Court is Plaintiff Morgan Lee Beadle's Motion for Case Record, in which Plaintiff requests a copy of the docket sheet for this case, as well as copies of several documents he previously filed. Dkt. 29. Defendant opposes the motion. *See* Dkt. 30. After considering the Motion, Response to the Motion, and relevant record, the Court grants the Motion for Case Record. Dkt. 29.

      By way of background, the Court notes the following. On November 22, 2022, Plaintiff filed a Motion to Amend requesting leave to amend his First Amended Complaint. Dkt. 26. In an Order dated December 16, 2022, the Court denied the Motion without prejudice on the basis that

Plaintiff had failed to attach a proposed amended complaint and, therefore, the Court was unable to consider if leave to amend should be given. *See* Dkt. 28. The Court also informed Plaintiff that if he wished to amend his First Amended Complaint, he could re-file his Motion to Amend with an attached proposed complaint. *See id*.

On December 29, 2022, Plaintiff filed the instant motion. Dkt. 29. In the Motion, Plaintiff asks the Court to provide him with a copy of the docket sheet, as well as copies of his previously-filed complaints and their attachments. *Id*. Plaintiff states that he did not make copies of these documents for himself before filing them with the Court, and thus does not have them in order to potentially prepare an amended complaint. *Id*. Defendant opposes Plaintiff's request on the basis that, if Plaintiff is attempting to file a motion for leave to amend his complaint, he has failed to show why justice requires leave to amend. *See* Dkt. 30.

Because Plaintiff's request in the instant Motion appears to be one for copies and not one for leave to amend at this time, the Court will grant Plaintiff's Motion for Case Record. Dkt. 29. The Clerk is directed to send Plaintiff by e-mail a copy of the docket sheet for this case, as well as a copy of Plaintiff's initial complaint along with its attachments (Dkt. 8), Plaintiff's amended complaint along with its attachments (Dkt. 12), Plaintiff's Exhibit A filed on September 7, 2022 (Dkt. 18), and Plaintiff's Exhibit B filed on October 17, 2022 (Dkt. 24).

Dated this 24th day of January, 2023.

David W. Christel
United States Magistrate Judge