UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MORGAN LEE BEADLE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID SMOLICH,<br><br>　　　　　　Defendant. | CASE NO. 2:22-CV-515-JCC-DWC<br><br>ORDER MODIFYING DISPOSITIVE MOTIONS DEADLINE |

Based on the filing of the amended complaint (Dkt. 36), the answer from Defendant (Dkt. 37), and Defendant's request for a new deadline for dispositive motions (Dkt. 38), and in the interests of justice, it is hereby ORDERED that the dispositive motions deadline be extended from April 13, 2023 to April 28, 2023.

The Court notes all other portions of the Pretrial Scheduling Order (Dkt. 20) remain in full force and effect.

Dated this 29th day of March, 2023.

*David W. Christel*
David W. Christel
Chief United States Magistrate Judge